# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | 1:11CR331 |
| | ) | |
| JAMES RONALD PEGGS | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on April 23, 2012, was served on the parties in this action. No objections were timely filed within the time limits prescribed by Section 636. However, on May 29, 2012, James Ronald Peggs filed a document dated as signed on May 21, 2012, which one might construe as an objection to the Recommendation. (Doc. 9.)

Out of an abundance of caution, the Court has reviewed the paper writing filed by Mr. Peggs and has made a de novo determination of the matter. The Court concludes that the Magistrate Judge's recommendations are appropriate and that there is no legal basis for the attempted removal. The matters raised by Mr. Peggs in his most recent filing are frivolous and completely without merit. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that, pursuant to 28 U.S.C. § 1446(c)(4) (2011), this case is remanded to the General Court of Justice, District Court Division, Guilford County, North Carolina.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 11(c)(3), Peggs is ordered to file a memorandum of not more than five pages by June 29, 2012, showing cause why the Court should not impose sanctions upon him, including a monetary penalty and/or a pre-filing injunction,

due to the conduct detailed in the Magistrate Judge's Recommendation and the frivolous paper writing (Doc. 9) filed thereafter.

This the 7th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE